UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:

BACH HOP JEWELRY INC                                              Case No. 08-10924-SSM
                                                                  Chapter 7

            Debtor(s)

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of $61.42 representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. §2042 and shall not escheat under any state law.   The unclaimed funds represent the dividend(s) due and payable to

| Creditor's Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| JTZ Jewlery<br>32 Longvue Avenue<br>Westerly, RI  02891 | 3 | $19.76 |
| RC Diamonds<br>608 S. Hill Street, #1303 A<br>Los Angeles, CA  90014 | 7 | $19.23 |
| S.B. Diamond Corp.<br>62 W. 47th Street, Suite 702<br>New York, NY  10036 | 8 | $22.43 |

Dated:   04/20/2011                    /s/  ROBERT O. TYLER
                                       ROBERT O. TYLER, Chapter 7 Trustee
                                       TYLER BARTL RAMSDELL & COUNTS PLC
                                       300 N. Washington Street, Suite 202
                                       Alexandria, Virginia 22314
                                       (703) 549-7177